615 S.E.2d 454

**G & P TRUCKING, Petitioner,**

**v.**

**PARKS AUTO SALES SERVICE & SALVAGE, INC., Respondent.**

**No. 26006.**

Supreme Court of South Carolina.

Heard June 16, 2005.

Decided June 27, 2005.

Rehearing Denied July 21, 2005.

Stephen E. Darling and Kari Hubbard, of Haynsworth, Sinkler & Boyd, P.A., of Charleston, for Petitioner.

Robert A. McKenzie and Gary H. Johnson, II, of McDonald, McKenzie, Rubin, Miller & Lybrand, L.L.P., of Columbia, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the Court of Appeals' opinion in *G & P Trucking v. Parks Auto Sales, Serv. & Salvage, Inc.*, 357 S.C. 82, 591 S.E.2d 42 (Ct.App.2003). We now dismiss certiorari as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.